# UNITED STATES DISTRICT COURT
## Eastern District of California

UNITED STATES OF AMERICA

v.

**DAN A. EMERSON**

JUDGMENT IN A CRIMINAL CASE

Case Number: ~~1:16MJ00308-001~~ 6:16-po-000308-MJS

Defendant's Attorney: Pro Se

**THE DEFENDANT:**

[✓] pleaded guilty to citations __F4410409, F4410408__ of the Violation.
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR § 261.9(g) | Digging in, Excavating, Disturbing, Injuring, Destroying or in way Damaging, any prehistoric, Historical, or Archeological Resource Site, Artifact or Property. | 9/13/2015 | 1 |
| 36 CFR § 261.10(a) | Constructing, Placing, or Maintaining Kind of Road, Trail, Structure, Fence, on NFS Lands without Authorization, contract or operating plan. | 9/13/2015 | 2 |

    The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ .
[ ] Count(s) ___ dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[ ] Appeal rights given.    [✓] Appeal rights waived.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

5/16/2017
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer

5/17/2017
Date

## PROBATION

The defendant is hereby sentenced to unsupervised probation for a term of :  
<u>6 months or until the restitution obligation is met.</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant's probation shall be unsupervised by the probation office.
2. The Defendant is ordered to obey all federal, state, and local laws.
3. The Defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.
4. The Defendant shall pay a fine of $190.00 and a special assessment of $10.00 for citation no. F4410409 and a fine of $190.00 and a special assessment of $10.00 for citation no. F4410408 for a total financial obligation of $400.00, which shall be paid in full by 6/16/2017. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

   CENTRAL VIOLATIONS BUREAU  
   PO BOX 71363  
   Philadelphia, PA 19176-1363  
   1-800-827-2982

5. The Defendant shall pay a restitution to the Government in the amount of $10,097.00 and/or perform a comparable amount of work, using own equipment at rates agreed upon by the Government.

   Payments shall be made payable to the Clerk, U.S.D.C., and mailed to

   CLERK U.S.D.C.  
   2500 Tulare Street, Rm 1501  
   Fresno, CA 93721

   The Clerk shall Mail the Restitution payments to

   U.S Forest Service  
   Albuquerque Service Center  
   Claims Management  
   101 B. Sun Avenue NE  
   Albuquerque, NM 87109

6. The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.